UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES ROSS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendants. | Case No: C 13-3960 SBA<br><br>**AMENDED ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>[THIS ORDER SUPERSEDES DOCKET 8] |

　　　　On August 26, 2013, Plaintiff, acting pro se, filed a form Complaint for Judicial Review of Decision of Commissioner of Social Security, along with an Application to Proceed In Forma Pauperis (IFP). Dkt. 1, 2.

　　　　By statute, a filing fee of $400.00[1] is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The Court, however, has the discretion to permit commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a)(1). An IFP applicant need not be absolutely destitute to qualify for the waiver; the applicant must demonstrate that because of his poverty, he cannot satisfy court costs and still provide himself and his dependents, if any, with the necessities of life. Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948). The determination whether a plaintiff is indigent, and thus unable to pay the filing fee, falls within the district court's reasonable discretion. O'Loughlin v. Doe, 920 F.2d 614, 616 (9th Cir. 1990).

　　　　In his IFP application, Plaintiff claims that he is presently employed by Hastings College of the Law, though he does not disclose either his gross or net earnings, as

---

[1] The previous Order incorrectly indicated that the filing fee is $350.00. The fee was increased to $400.00, effective May 1, 2013.

specified in the IFP application form.[2]  He also indicates that he is married to Britney Spears, who earns a gross income of "$70,000 trillion," has a Bank of America account with $33,000 on deposit, and has "$9 trillion x 10 trillion" in assets.  Setting aside his fanciful allegations regarding Britney Spears and having trillions of dollars in assets, Plaintiff has not provided the Court with sufficient information regarding his financial status for the Court to render an informed decision on his IFP application.  The Court therefore denies his request for IFP status, but will afford him another opportunity to submit a renewed IFP application that provides more specific information regarding his financial ability to pay the filing fee.  Accordingly,

 IT IS HEREBY ORDERED THAT Plaintiff's application to proceed IFP is DENIED without prejudice.  By no later than **September 30, 2013**, Plaintiff shall either file a renewed IFP application or pay the $400 filing fee.  Any renewed application must *truthfully* disclose *all* of the information requested in the form. To the extent that Plaintiff is employed by Hastings College of the Law but is not being paid, Plaintiff shall explain the circumstances surrounding his employment and ostensible lack of compensation.  Failure to comply with this Order will result in the dismissal of the action.  This Order supersedes Docket 8.

 IT IS SO ORDERED.

Dated: September 10, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[2] In the space to indicate his income, Plaintiff states:  "They don't have anything to give me."